UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
DAVID GUEVARA SANTOS, individually and on behalf
of all others similarly situated,

                                        Plaintiff,

       -against-

27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA,
and HASSAN EBRAHEIM, as an individual,

                                   Defendants.
----------------------------------------------------------------------X

**Civil Docket No.: 22-cv-01114
(JPC)**

**PROPOSED DEFAULT
<u>JUDGMENT</u>**

This action was commenced by the filing of the Summons and Collective Action Complaint on February 9, 2022 (*see* Dkt. No. 1; **Exhibit A**).    The Summons and Complaint were served on 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, and Hassan Ebraheim, as an individual ("Defendants"), as follows:

1.  On February 18, 2022, service of process was effectuated upon corporate defendant, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, at its registered address for receiving service of process by personally serving the Summons and Complaint on Sue Zouky, authorized agent in the Office of the Secretary of State, and proof of service was filed on the Court's docket on February 23, 2022.  (*See* Dkt. No. 6; **Exhibit B**).

2.  On March 3, 2022, personal service of process was effectuated upon individual defendant, Hassan Ebraheim, by personal hand delivery of the Summons and Complaint to Hassan Ebraheim at the defendant's last known residence and usual place of abode (*See* Dkt. No. 7; **Exhibit C**).

3.  According to Plaintiffs' process server's Affidavit of Service filed on the docket in this matter, at the time personal service of process was effectuated on Hassan Ebraheim, as an individual, deponent process server averred to having made a reasonable inquiry, at the

time and circumstances that service of process was effectuated upon the defendant, that

Hassan Ebraheim, as an individual is not in active military service of the United States nor

of the State of New York.  Based on the process server's observations and conversations

with the Defendant at the time service was effectuated, Hassan Ebraheim, as an individual

was and is not in such military service; nor is the Defendant dependent upon anyone in

such military service.  *Id*.

4.  Moreover, according to the process server's Affidavit of Service filed on the docket in

this matter, depondent described in detail the defendant so served, Hassan Ebraheim,

to the best of deponent's ability, at the time and circumstances of personal service and

provided a detailed description of the Defendant served therein. *Id*.

5.  Hassan Ebraheim, as an individual, is not an infant nor an incompetent; Hassan Ebraheim,

is the competent, adult owner of the defendant corporate entity sued herein.  *Id*.

6.  Defendant, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza – served on February 18, 2022 – was

required to appear, interpose an answer, or retain counsel on this matter by March 11,

2022.   To date, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, has failed to do so.

7.  Defendant, Hassan Ebraheim, as an individual – personally served on March 3, 2022– was

required to appear, interpose an answer, or retain counsel on this matter by March 24,

2022.   To date, Hassan Ebraheim, as an individual has failed to do so.

8.  Therefore, on May 23, 2022, the Court issued an Order directing that, "[t]he parties shall

appear for a telephonic status conference on May 26, 2022, at 12:00 p.m." and that

"Plaintiff is directed to serve Defendants with a copy of this Order via overnight courier

and file proof of such service on the docket." *See* Dkt. No. 8.  Plaintiff served Defendants

with a true and correct copy of the Court's May 23, 2022 Order, together with copies of

Plaintiff's Summons and Complaint, and filed proof of service of same on the docket, via United Postal Service ("UPS") overnight courtier with proof of service and tracking annexed thereto (*see* Dkt. No. 10; **Exhibit D**).

9. At the parties' Initial Conference held on May 26, 2022, Plaintiff appeared while Defendants did not; The Court found Defendants to be in default, and issued a briefing schedule for Plaintiff's motion for default judgment against Defendants. *See* Dkt. No. 11.

10. On June 10, 2022, Plaintiff's attorneys contacted defendant, Hassan Ebraheim, by telephone (after prior unsuccessful efforts) to advise Defendants of their obligations to appear, respond and retain counsel on this matter, ultimately to no avail.

11. Plaintiff served the Defendants with a true and correct copy of the Court's May 26, 2022 Order and filed proof of service via Email, and via UPS Overnight Courtier, with proof of mailing and tracking annexed therewith (*see* Dkt. No. 12; **Exhibit E**).

12. Notwithstanding the foregoing, as of the date of this filing, Defendants have willfully or deliberately failed to respond to Plaintiff's Summons & collective action Complaint, answer, appear, retain counsel, or otherwise defend in this matter.

13. Plaintiff's subsequent attempts at contracting the Defendants have all gone unanswered; therefore, it is respectfully submitted that Defendants have indicated no intention of responding, or otherwise defending in this FLSA case.

14. Accordingly, on June 27, 2022, Plaintiff filed Request for Certificates of Default as against All Defendants; and on that same day, June 27, 2022, the default of the Defendants, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, and Hassan Ebraheim, as an individual, were duly entered by the Clerk of Court for their failure to appear or otherwise

defend this action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (*see* Dkt. No. 15; **Exhibit F**).

15. On that same day, June 27, 2022, Plaintiff served a true and correct copy of the Clerk's Certificate of Default entered as against all Defendants, on the defendants, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, and Hassan Ebraheim, as an individual, at Defendants' actual place of business, and the last known residence and usual place of abode of Defendants (*see* Dkt. No. 16; **Exhibit G**).

16. It is respectfully submitted that Defendants have been properly served, are aware of the Plaintiff's Complaint and of pendency of this matter against them, and have willfully and deliberately failed or refused to appear or defend, despite being aware of same.

17. The Defendants have not appeared, have not defended in this matter, have not responded to the Complaint, and have not retained counsel since the above-referenced Certificates were issued by the Clerk.   As of the date of this filing, the Defendants have demonstrated no intention to appear or defend.

18. Defendant, 27 Pizza Cafe Corp. d/b/a Pastafina Pizza, has been properly served, and is aware of the Complaint in this matter, and of this pending litigation against it, and has failed to appear, defend in this matter, or retain counsel to defend on its behalf.

19. Defendant, Hassan Ebraheim, as an individual, has been properly served, and is aware of the Complaint in this matter, and of this pending litigation against him, and has failed to respond, appear, or defend in this matter.

20. Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff David Guevara Santos has a judgment against 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and HASSAN EBRAHEIM, as an individual, in the liquidated amount of $1,126,780.43 plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until judgment is paid in full.


Dated:           _____, New York

             _____

                                              _____
                                              United States District Judge