```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DAVID GUEVARA SANTOS,                                            :
                                                                 :
                              Plaintiff,                         :
                                                                 :           22 Civ. 1114 (JPC)
             -v-                                                 :
                                                                 :                ORDER
27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA and                    :
HASSAN EBRAHEIM,                                                 :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A hearing on Plaintiff's motion for default judgment, Dkts. 17-19, currently is scheduled for August 9, 2022, at 1:00 p.m., Dkt. 11. In the Complaint, Plaintiff seeks an award of attorneys' fees and costs in connection with his claims under the Fair Labor Standards Act and New York Labor Law. *See* Dkt. 1 at 9. Plaintiff's motion for default judgment, however, does not seek attorneys' fees or costs. *See generally* Dkts. 17-19. If Plaintiff seeks attorneys' fees and costs in connection with his motion for default judgment, Plaintiff is hereby directed to submit supplemental briefing as to his request for attorneys' fees and costs, including the exact amount of attorneys' fees and costs sought and all supporting documentary evidence (*i.e.*, detailed affidavits, time entries, and invoices) by August 1, 2022. It is further ORDERED that Plaintiff serve any supplemental briefing as to his request for attorneys' fees and costs on Defendants via overnight courier and file proof of such service on the docket by August 3, 2022.

It is further ORDERED that Plaintiff serve Defendants with a copy of this Order and file proof of service on the docket by July 25, 2022.

SO ORDERED.

Dated: July 21, 2022
       New York, New York

                                              _____
                                                    JOHN P. CRONAN
                                               United States District Judge