```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DAVID GUEVARA SANTOS,                                            :
                                                                 :
                        Plaintiff,                               :    22 Civ. 1114 (JPC)
                                                                 :
            -v-                                                  :    ORDER REQUESTING
                                                                 :    APPOINTMENT OF
27 PIZZA CAFÉ CORP. d/b/a PASTAFINA PIZZA and                    :    PRO BONO COUNSEL
HASSAN EBRAHEIM,                                                 :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on February 9, 2022, alleging violations of the Fair Labor Standards Act and New York Labor Law. Dkt. 1. Plaintiff served the summons and Complaint on Defendant 27 Pizza Café Corp. d/b/a Pastafina Pizza on February 18, 2022 and on Defendant Hassan Ebraheim on March 3, 2022, making their answers due by March 11, 2022 and March 24, 2022, respectively. Dkts. 6-7. After neither Defendant appeared nor responded to the Complaint, on May 26, 2022, the Court directed Plaintiff to move for default judgment and scheduled a telephonic default judgment hearing. Dkt. 11.

The Court held the telephonic default judgment hearing on August 19, 2022, during which Defendant Hassan Ebraheim appeared. The Court advised Defendant Ebraheim that although he may proceed *pro se*, Defendant 27 Pizza Café Corp. cannot proceed *pro se* and would need to retain counsel. The Court also extended the deadline until September 19, 2022 for Defendant Ebraheim to respond to the Complaint. Defendant Ebraheim advised the Court that he is unable to afford counsel and requested that the Court appoint him *pro bono* counsel.

Accordingly, the *Pro Se* Office is respectfully directed to try to locate *pro bono* counsel to represent Defendants in this action, including at any mediation.

SO ORDERED.

Dated: August 19, 2022
New York, New York

                                              JOHN P. CRONAN
                                        United States District Judge