```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DAVID GUEVARA SANTOS,                                            :
                                                                 :
                          Plaintiff,                             :
                                                                 :           22 Civ. 1114 (JPC)
            -v-                                                  :
                                                                 :                ORDER
27 PIZZA CAFÉ CORP., and HASSAN EBRAHEIM,                        :
                                                                 :
                          Defendants.                            :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Initial Pretrial Conference, currently scheduled for December 6, 2022, is adjourned *sine die* pending mediation. The parties shall submit a joint letter as to the status of mediation by January 31, 2023.

SO ORDERED.

Dated: December 2, 2022
       New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                       United States District Judge