```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAVID GUEVARA SANTOS,                                                  :
                                                                       :
                              Plaintiff,                               :
                                                                       :       22 Civ. 1114 (JPC)
              -v-                                                      :
                                                                       :       ORDER
27 PIZZA CAFÉ CORP. d/b/a PASTAFINA PIZZA and                          :
HASSAN EBRAHEIM,                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of Defendant Hassan Ebraheim's answer to the Complaint, Dkt. 33, and the Court's order referring this case to the Court-annexed Mediation Program, Dkt. 36, Plaintiff's motion for default judgment is denied without prejudice as moot. The Clerk of Court is respectfully directed to close Docket Number 17.

SO ORDERED.

Dated: December 20, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge