UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID GUEVARA SANTOS, individually and on behalf of all others similarly situated,

                                             Plaintiff,

-against-

27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and HASSAN EBRAHEIM, as an individual,

                                             Defendants.
------------------------------------------------------------------X

Civil Docket No.:
22-cv-01114 (JPC) (SDA)

**NOTICE OF MOTION FOR ENTRY OF A DEFAULT JUDGMENT IN A SUM CERTAIN AGAINST 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA**

**PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, Esq., dated June 28, 2023, together with supporting Exhibits A through H annexed therewith and submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Plaintiff, will move this Court, before the Honorable John P. Cronan, United States District Judge, at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time as determined by this Court, for an Order granting the Plaintiff's Motion for the Entry of a Default Judgment *in a Sum Certain* as against Defendant, **27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA**, and for such or further other relief as the Court deems proper, and just.

Dated:     Kew Gardens, New York
              June 28, 2023

                                              *Avraham Y. Scher*
                                              Avraham Y. Scher, Esq.
                                              Helen F. Dalton & Associates, P.C.
                                              80-02 Kew Gardens Road, Suite 601
                                              Kew Gardens, New York 11415

**SERVICE TO:** ***All Defendants*** *via United Postal Service ("UPS") overnight courtier:*

**27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA** (DOS ID: 4551489)
*Attn*:  HASSAN EBRAHEIM

388 3RD AVENUE
NEW YORK, NY 10016

160 E 28TH ST APT 1D
NEW YORK, NY 10016

347 3RD AVENUE
NEW YORK, NY 10016

*And: via Email to:* [hassanebraheim@yahoo.com](mailto:hassanebraheim@yahoo.com)

(*see Affirmation of Service submitted and filed herewith*)

**CC**: [CronanNYSDChambers@nysd.uscourts.gov](mailto:CronanNYSDChambers@nysd.uscourts.gov)