UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAVID GUEVARA SANTOS, individually and on behalf of all others similarly situated,

                          Plaintiff,

    -against-

27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and HASSAN EBRAHEIM, as an individual,

                          Defendants.

------------------------------------------------------------X

**Civil Docket No.: 22-cv-01114 (JPC)**

**PROPOSED DEFAULT JUDGMENT**

This action was commenced by the filing of the Summons and Collective Action Complaint on February 9, 2022 (*see* Dkt. No. 1; **Exhibit A**). The Summons and Complaint were served on 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and HASSAN EBRAHEIM, as an individual ("Defendants"), as follows:

1. According to the Affidavits of Service filed on this Court's docket, 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, was duly served with the summons and complaint on February 18, 2022, by personal service upon SUE ZOUKY, authorized agent, in the Office of the Secretary of State, and proof of service was therefore filed on February 23, 2022. *See* Dkt. No. 6. *See* **Exhibit B**.

2. Defendant, 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA – served on February 18, 2022 – was required to appear, interpose an answer, or retain counsel on this matter by March 11, 2022. To date, 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has failed to do so.

3. To date, Defendant 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has failed to appear, respond, retain counsel, and/or interpose an Answer to Plaintiff's Complaint; and at no point hereto has 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA responded to the complaint herein, moved, retained counsel on this matter, or otherwise appeared.

4. On June 27, 2022, Plaintiff filed his Request for Certificate of Default as against 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and on that same day, June 27, 2022, the default of 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA was duly entered by the Clerk of Court for its failure to appear or otherwise defend this action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. *See* Dkt. No. 15.  *See* **Exhibit C**.

5. On that same day, June 27, 2022, Plaintiff served a true and correct copy of the Clerk's Certificate of Default on Defendant 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, and filed proof of service on the docket. *See* **Exhibit D**.

6. On June 29, 2022, Plaintiff filed his Motion for Default Judgment against all Defendants. *See* Dkt. Nos. 17-19. 10. On that same day, Plaintiff served a true and correct copy of all the Motion for Default Judgment papers, at Defendants' actual place of business, and the last known residence and usual place of abode of Defendants. *See* **Exhibit E**.

7. On August 12, 2022, Plaintiff submitted his sworn Declaration in Support of his request for damages pursuant to the Court's Order dated August 2, 2022. *See* **Exhibit F**.

8. After numerous efforts, Plaintiff's attorney contacted individual Defendant Hassan Ebraheim via telephone. Thereafter, Defendant Hassan Ebraheim appeared at the Court's Telephone Conference on August 19, 2022. The Court extended the deadline for all Defendants to respond to the Complaint until September 19, 2022, and provided Defendant Ebraheim with the telephone numbers for the Courts Legal Assistance Clinic and the Pro Se Intake Unit, and directed him to get in contact with them.

9. On September 15, 2022, Defendant Hassan Ebraheim filed an Answer to Plaintiff's Complaint, while PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA did not. Further, On September 16, 2022, Susanne Toes Keane of the NYLAG Clinic for Pro Se Litigants, filed

a Notice of Limited Scope of Appearance of Pro Bono Counsel *only* on behalf of individual Defendant Hassan Ebraheim. *See* Dkt. Nos. 33-34.

10. To date, Defendant 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has not appeared, has not defended in this matter, has not responded to the Complaint, and has not retained counsel since the above-referenced Certificates were issued by the Clerk. As of the date of this filing, Defendant 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has demonstrated no intention or desire whatsoever to appear or defend.

11. It is respectfully submitted that Defendant PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has been properly served, is aware of the Plaintiff's Complaint and of pendency of this matter against it, and has willfully and deliberately failed or refused to appear or defend herein, or retain counsel to defend on its behalf, despite being aware of same.

12. Defendant PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has not appeared, has not defended in this matter, has not responded to the Complaint, and has not retained counsel since the above-referenced Certificates were issued by the Clerk. As of the date of this filing, Defendant PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA has demonstrated no intention to appear or defend in this Action.

13. Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff DAVID GUEVARA SANTOS has a judgment against defendant, 27 PIZZA CAFE CORP. d/b/a PASTAFINA PIZZA, in the liquidated amount of **$800,312.00** plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until judgment is paid in full.

Dated: _____, New York

_____

_____
United States District Judge