```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
DAVID GUEVARA SANTOS,                               :
                                                    :
                        Plaintiff,                  :
                                                    :        22 Civ. 1114 (JPC)
                -v-                                 :
                                                    :             ORDER
27 PIZZA CAFÉ CORP. and HASSAN EBRAHEIM,            :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties shall appear via telephone for a status conference on July 11, 2023, at 9:30 a.m. to discuss Plaintiff's motion for default judgment against Defendant 27 Pizza Café Corp. At the scheduled time, all parties should call 866-434-5269, access code 9176261. Plaintiff shall serve Defendant 27 Pizza Café Corp. with a copy of this order via First Class Mail to the addresses at which he served his default judgment motion papers.

      SO ORDERED.

Dated: June 29, 2023  
      New York, New York  
                                          JOHN P. CRONAN  
                                        United States District Judge