```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
DAVID GUEVARA SANTOS,                           :
                                                :
                        Plaintiff,              :
                                                :      22 Civ. 1114 (JPC) (SDA)
         -v-                                    :
                                                :            ORDER
27 PIZZA CAFÉ CORP. and HASSAN EBRAHEIM,        :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 11, 2023, the Court ordered Plaintiff to file a supplemental declaration attaching an amended damages calculation in support of his motion for default judgment against Defendant 27 Pizza Café Corp. ("Defendant") by July 21, 2023. Dkt. 55. The Court also ordered Plaintiff to serve Defendant with a copy of its previous order by July 28, 2023. *Id.* Those deadlines have passed, and the docket does not reflect any supplemental declaration or proof of service. Accordingly, Plaintiff's deadline to file a supplemental affidavit addressing damages is adjourned to August 2, 2023. Defendant's deadline to oppose the motion for default judgment is adjourned to August 8, 2023, and Plaintiff's deadline to reply is adjourned to August 15, 2023. The default judgment hearing, currently scheduled for August 22, 2023, at 11:30 a.m. via telephone will proceed as scheduled. Counsel for all parties should call (866) 434-5269, access code 9176261.

Plaintiff shall serve Defendant with a copy of this Order and its amended damages calculation via mail to the addresses at which he served his default judgment motion papers, and file proof of such service on the docket no later than August 8, 2023. Continued failure to comply with the Court's orders may result in sanctions including dismissal for failure to prosecute.

SO ORDERED.

Dated: July 31, 2023
      New York, New York

                                                    JOHN P. CRONAN
                                                United States District Judge