UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAVID GUEVARA SANTOS,                                                  :
                                                                       :
                              Plaintiff,                               :
                                                                       :       22 Civ. 1114 (JPC) (SDA)
              -v-                                                      :
                                                                       :       <u>ORDER</u>
                                                                       :
27 PIZZA CAFÉ CORP. and HASSAN EBRAHEIM,                               :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has granted Plaintiff's request for an extension of the deadline to submit a supplemental declaration in support of his motion for default judgment to October 18, 2023. Dkt. 65. 27 Pizza Café Corp. may submit any opposition to the supplemental declaration by October 25, 2023. The default judgment hearing currently scheduled for October 17, 2023, at 3:00 P.M. is adjourned to November 16, 2023, at 11:00 A.M. via telephone. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

      In the event that counsel submits a notice of voluntary dismissal by October 18, 2023 instead of a supplemental declaration, counsel shall also file a declaration stating that (1) he has, to the best of his abilities, attempted to inform his client that he is voluntarily dismissing this action; and (2) that the parties have not reached a settlement agreement requiring the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Plaintiff shall serve 27 Pizza Cafe Corp. with a copy of this Order and of the Court's memo endorsement at Docket Number 65 at the addresses to which he directed service of his default judgment motion.

SO ORDERED.

Dated: October 5, 2023
      New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge